**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: CCELL Closed Cannabis Oil Vaporization Systems and Components Products Litigation (Indirect Purchaser Actions) | MDL No. 3161<br>Case No.: 3:25-md-03161-VC<br><br>~~[PROPOSED]~~ **CASE MANAGEMENT ORDER 1** |

Whereas, the Judicial Panel on Multidistrict Litigation has centralized these cases before this Court for pretrial proceedings in accordance with 28 U.S.C. § 1407, the Court conducted an Initial Case Management Conference with all parties on October 10, 2025, and the following orders were made:

1. The pending Second Amended Complaint in *S.K. et al v. Shenzhen Smoore Technology Company, Ltd.,* 3:24-cv-09090, ECF No. 66, is deemed amended to include the following plaintiffs from the transferred Indirect Purchaser cases: Martin Rukeyser, B.Z., and M.M. The other transferred Indirect purchaser cases are closed, and ECF 66 is the operative complaint. Except for the addition of these plaintiffs, no other amendments, modifications, or changes are made to the Second

Amended Complaint, which remains unchanged in all other respects.

2. Defendants' Motions to Dismiss ECF 66 (ECF 72, Distributors' Motion to Dismiss and ECF 73, Smoore Defendants' Motion to Dismiss) shall proceed based upon the previously filed briefing.
3. A hearing will be held on Defendants' Motions to Dismiss in the Direct and Indirect Purchaser Cases at 10:00 a.m. on November 20, 2025 in Courtroom 4, 17th Floor.
4. A further case management conference will be held on December 12, 2025 at 10:00 a.m. The parties shall submit a joint case management conference statement in accordance with Federal Rules of Civil Procedure 1, 16, and 16.1, this Court's Civil Local Rule 16, this Court's Standing Order for all Judges of the Northern District and Judge Chhabria's Civil Standing Order.
5. Pursuant to Fed. R. Civ. Proc. 23(g)(2) the Court appoints Steven Williams Law, P.C. and Leeds Brown Law, P.C. as Interim Co-Lead Counsel. Interim Co-Lead Counsel shall:

A. Authorize and supervise the work of an Executive Committee comprised of Sultzer & Lipari, PLLC, The Ferraro Law Firm, Kopelowitz Ostrow P.A., Law Offices of Miles N. Clark, LLC and Bryson, Harris, Suciu & DeMay.

B. Determine and present to the Court and opposing parties the position of Plaintiffs and putative class members on all matters arising during pretrial proceedings;

C. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

D. Coordinate the initiation and conduct of discovery on behalf of

Plaintiffs and putative class members, including the preparation of joint interrogatories and requests for the production of documents and the examination of witnesses in depositions;

E. Hire expert witnesses and consultants on behalf of the putative class, as needed to prepare for class certification or trial, and advance other costs that may be reasonable and necessary to the conduct of the litigation;

F. Conduct settlement negotiations on behalf of Plaintiffs and putative class members, where appropriate, and to present any proposed settlements to the Court on behalf of putative class members;

G. Prepare and distribute status reports to any other law firms that may appear in the case to represent putative class members;

H. Monitor the activities of any other law firms that may appear in the case to represent putative class members, and, where appropriate, allocate work assignments to such firms;

I. Collect and maintain all Plaintiffs' counsels' contemporaneously recorded time records, and ensure that unnecessary expenditures of time and funds are avoided; and

J. Perform such other duties as may be incidental to the proper prosecution and coordination of pretrial activities on behalf of Plaintiffs and the putative class or authorized by further order of this Court.

6. Additionally, Interim Co-Lead Counsel shall take the following steps to ensure efficiency in representing the putative class in this case:

A. Interim Co-Lead Counsel shall review all billing records for all

billers every month and strike duplicative or inefficient billing.

B. All billing shall be contemporaneous, meaning that billing for each task shall be recorded within seven days of the task.

C. All billing shall be recorded by task, rather than by block billing. Fourth, only work that has been assigned shall be eligible for compensation.

D. Interim Co-Lead Counsel shall impose and enforce limits on the number of lawyers assigned to each task.

Dated: November 6, 2025

UNITED STATES DISTRICT JUDGE

Respectfully submitted,

s/ *Steven N. Williams*
Steven N. Williams
**STEVEN WILLIAMS LAW, P.C.**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Phone: 415-697-1509
Fax: 415-230-5310
Email: swilliams@stevenwilliamslaw.com

**LEEDS BROWN LAW, P.C.**
Jeffrey K. Brown (*PHV forthcoming*)
One Old Country Road, Suite 347
Carle Place, New York 11514
Tel: (516) 873-9550
Email: jbrown@leedsbrownlaw.com