UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re CCELL CLOSED CANNABIS OIL VAPORIZATION SYSTEMS AND COMPONENTS PRODUCTS ANTITRUST LITIGATION.

Case No. 25-md-03161-VC

**SCHEDULING ORDER**

The case shall proceed according to the following schedule. All class certification and merits-related discovery shall take place before the class certification hearing. The parties may stipulate to the remaining discovery deadlines within the confines of this schedule.

| | |
|---|---|
| Deadline to agree to mediator | February 6, 2026 |
| Deadline for Defendants to complete production of structured sales and cost data | April 24, 2026 |
| Deadline to complete initial ADR | September 7, 2026 |
| Deadline to Amend Complaint(s) | August 21, 2026 |
| Deadline to move for class certification (page limit: 25) | December 17, 2026 |
| Deadline to file opposition brief to class certification and any *Daubert* motions for plaintiffs' class certification experts (page limit: 30) | January 21, 2027 |
| Deadline to file reply in support of class certification, any opposition to *Daubert* motions for plaintiffs' class certification experts, and any *Daubert* motions against defendants' class certification experts (page limit: 30) | February 18, 2027 |

| | |
|---|---|
| Deadline to file opposition to *Daubert* motions for plaintiffs' class certification experts (page limit: 20) | February 25, 2027 |
| Hearing on motion for class certification & *Daubert* motions | March 25, 2027 |
| Hearing on motion(s) for summary judgment | May 19, 2027 |

**IT IS SO ORDERED.**

Dated: January 16, 2026

VINCE CHHABRIA
United States District Judge